```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WILLIAM HENNESSY,

                         Plaintiff,                JUDGMENT
      v.
                                                   22 CV 1314 (LDH)(LB)
VALENTINA RESTAURANT CORP.,
330 SOUTH 3 STREET HOUSING DEVELOPMENT
FUND CORPORATION,

                         Defendants.
----------------------------------------------------------------X
```

An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on March 8, 2023, granting Plaintiff's request to discontinue the action without prejudice; and directing the Clerk to enter judgment; it is

ORDERED and ADJUDGED that Plaintiff's request to discontinue the action without prejudice is granted; and that this case is closed.

Dated: Brooklyn, New York			Brenna B. Mahoney
      March 9, 2023				Clerk of Court

					By:    */s/Jalitza Poveda*
					          Deputy Clerk